UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL TRETHEWEY,

                Plaintiff,                No. 10-CV-12335

vs.                                        Hon. Gerald E. Rosen

DANIEL E. PEKRUL,

                Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

        At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _October 13, 2011_____

        PRESENT:    Honorable Gerald E. Rosen
                                      United States District Chief Judge

       This matter having come before the Court on the September 8, 2011 Report and Recommendation of United States Magistrate Judge Paul J. Komives recommending that the Court grant Defendant's Motion for Summary Judgment and dismiss Plaintiff's Complaint, in its entirety; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's Complaint this case should be dismissed in its entirety, with prejudice, and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of September 8, 2011 **[Dkt. # 19]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendant's Motion for Summary Judgment **[Dkt. # 15]** is GRANTED. Accordingly, Plaintiff's Complaint is hereby DISMISSED, in its entirety, with prejudice.

                                                         s/Gerald E. Rosen  
                                                         Chief Judge, United States District Court

Dated: October 13, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 13, 2011, by electronic and/or ordinary mail.

                                                         s/Felicia Moses for Ruth A. Gunther  
                                                         Case Manager